# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1404

_____

Santiago Cordova-Ramirez

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 6, 2013
Filed: November 8, 2013
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Santiago Cordova-Ramirez, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed, without opinion, an immigration judge's decision denying him asylum and withholding of removal. After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole. *See*

*Cubillos v. Holder*, 565 F.3d 1054, 1056-58 (8th Cir. 2009) (substantial-evidence standard for BIA decision; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.

_____